IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHARRON MARIE GLOVER,          )
                               )
            Plaintiff,         )
                               )
     v.                        )          1:16CV532
                               )
JAMES BRADFORD,                )
                               )
            Defendant.         )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on July 14, 2016, was served on the parties in this action. Defendant did not file any objections within the time permitted.

Because no objections were filed, the court need not conduct a *de novo* review. The court has conducted the appropriate review, and the Magistrate Judge's Recommendation is hereby adopted.

IT IS THEREFORE ORDERED AND ADJUDGED that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) for lack of subject matter jurisdiction and for failure to state a claim on which relief may be granted, without prejudice to Plaintiff refiling her claims on the proper forms and in the proper forum, setting out the legal and factual basis for the claims.

                              /s/   Thomas D. Schroeder
                              United States District Judge
September 2, 2016